# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| ROXELLA LYONS,<br><br>    Plaintiff,<br><br>vs.<br><br>DUSTON CLEMENTS, an individual residing in Jefferson County,<br><br>    Defendant. | CV 21-44-H-JTJ<br><br>ORDER |

The Court conducted a hearing on Defendant's Motion to Dismiss on September 1, 2021. For the reasons stated in open court,

IT IS HEREBY ORDERED:

Defendant's Motion to Dismiss (Doc. 4) is DENIED without prejudice to renewal. Defendant may re-submit the motion as a motion for summary judgment after the factual record is more fully developed.

DATED this 7th day of September, 2021.

_____
John Johnston
United States Magistrate Judge