IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROXELLA LYONS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY; and CITY AND COUNTY OF BUTTE-SLIVER BOW,<br><br>　　　　Defendants. | CV 21-44-H-JTJ<br><br>ORDER |

The Court conducted a hearing on all pending motions on December 22, 2022. For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. Butte-Silver Bow's Motion for Summary Judgment (Doc. 49) is GRANTED.

2. Butte-Silver Bow's Motion in Limine (Doc. 52) is DENIED as moot.

3. Jefferson County's Motion for Summary Judgment is GRANTED in part, and DENIED in part as follows:

    a. The portion of Jefferson County's Motion for Summary Judgment that relates to the actions or inactions of Captain Chad Cross is GRANTED.

    b. The portion of Jefferson County's Motion for Summary Judgment that relates to the actions or inactions of Dispatcher Rebecca Warner is DENIED.

DATED this 3rd day of January, 2023.

John Johnston
United States Magistrate Judge