IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| ROXELLA LYONS, | ) | Case No.: 6:21-CV-44-BMM-JTJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION |
| v. | ) | TO VACATE HEARING |
| | ) | |
| JEFFERSON COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the unopposed motion of Defendant Jefferson County, and good cause appearing, the Motion to Vacate Hearing (Doc. 105) is GRANTED and the hearing (Doc. 90) set for March 10, 2023 is VACATED. With the subject subpoenas being withdrawn by Plaintiff, Defendant's Motion to Quash Subpoenas (Doc. 85) is DENIED as moot.

DATED this 9th day of March 2023.

_____
John Johnston
United States Magistrate Judge