UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROXELLA LYONS,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY,<br><br>Defendant. | CV-21-044-H-JTJ<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED this 14th day of March, 2023.

_____
John Johnston
United States Magistrate Judge