UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROXELLA LYONS,<br><br>                Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY,<br><br>                Defendant. | Case No. CV-21-044-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**_X_**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **Decision by Court.** This action came before the Court for a jury trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Verdict Form rendered on March 14, 2023, filed on March 15, 2023, at Document No. 118.

     Dated this 15th day of March, 2023.

                                        TYLER P. GILMAN, CLERK

                                      By: /s/ Annie Puhrmann
                                      Annie Puhrmann, Deputy Clerk