IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROXELLA LYONS,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON COUNTY; and CITY AND COUNTY OF BUTTE-SILVER BOW,<br><br>Defendants. | Case No. CV 21-44-H-JTJ<br><br><br>**ORDER** |

Defendant Butte-Silver Bow (BSB) having filed an unopposed motion to waive the portion of the hearing scheduled for May 31, 2023, relating to BSB's Application for Taxation of Costs (Doc. 126), and good cause appearing therefor,

IT IS HEREBY ORDERED that the portion of the May 31, 2023, hearing related to BSB's costs is waived and the issue will be decided based on the parties' written submissions (Docs. 126, 132, 135, 136). IT IS FURTHER HEREBY ORDERED that the portion of the hearing relating to Plaintiff's Bill of Costs (Doc. 123) and Plaintiff's Motion for Attorney's Fees (Doc. 127) will proceed as scheduled on May 31, 2023 at 10:00 a.m., at the Mike Mansfield Federal Courthouse, Butte, Montana.

DATED this 11th day of May, 2023.

John Johnston
United States Magistrate Judge